FILED

08 JUL 25    12: 04

1    **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2    Name   OLIVER       EMMETT        M
        (Last)         (First)         (Initial)

3    Prisoner Number    237 1602

4    Institutional Address   C J 1    B   850 BRYANT ST

5    SAN FRANCISCO, California   S F, County   JAIL

6    ===============================================================

7    UNITED STATES DISTRICT COURT
     **NORTHERN DISTRICT OF CALIFORNIA**                    *SI*

8    EMMETT MARCEL OLIVER                    )
     (Enter the full name of plaintiff in this action.)    )

9                                            )            *(PR)*
                    vs.        CV   08   Case No.  3567

10   SAN FRANCISCO SHERIFF'S              )    (To be provided by the clerk of court)

11   DEPT. SF. DISTRICT ATTORNEY          )    **PETITION FOR A WRIT**
                                          )    **OF HABEAS CORPUS**
12   SAN FRANCISCO POLICE                 )

13   DEPT, PUBLIC DEFENDERS               )

14   (Enter the full name of respondent(s) or jailor in this action)    )
     CAPTAIN FERRIGNO, K               )

15   ===============================================================

16                    Read Comments Carefully Before Filling In

17   When and Where to File

18         You should file in the Northern District if you were convicted and sentenced in one of these

19   counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20   San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21   this district if you are challenging the manner in which your sentence is being executed, such as loss of

22   good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23         If you are challenging your conviction or sentence and you were not convicted and sentenced in

24   one of the above-named fifteen counties, your petition will likely be transferred to the United States

25   District Court for the district in which the state court that convicted and sentenced you is located. If

26   you are challenging the execution of your sentence and you are not in prison in one of these counties,

27   your petition will likely be transferred to the district court for the district that includes the institution

28   where you are confined. Habeas L.R. 2254-3(b).

     PET. FOR WRIT OF HAB. CORPUS        - 1 -

1 | Who to Name as Respondent

2     You must name the person in whose actual custody you are. This usually means the Warden or

3 jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4 you are imprisoned or by whom you were convicted and sentenced. These are not proper

5 respondents.

6     If you are not presently in custody pursuant to the state judgment against which you seek relief

7 but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8 custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9 was entered.

10 | A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11     1. What sentence are you challenging in this petition?

12         (a)     Name and location of court that imposed sentence (for example; Alameda

13             County Superior Court, Oakland):

14             SAN FRANCISCO    Superior  SAN FRANCISCO CA

15             Court                                    Location

16         (b)     Case number, if known _____

17         (c)     Date and terms of sentence _____

18         (d)     Are you now in custody serving this term? (Custody means being in jail, on

19             parole or probation, etc.)          Yes ✓       No _____

20             Where?

21             Name of Institution: SAN FRANCISCO C.J. / B

22             Address: 850 BYRANT ST. S.F. CA

23     2. For what crime were you given this sentence? (If your petition challenges a sentence for

24 more than one crime, list each crime separately using Penal Code numbers if known. If you are

25 challenging more than one sentence, you should file a different petition for each sentence.)

26     245 (A) 1 PC / THREE Counts

27     _____

28     _____

PET. FOR WRIT OF HAB. CORPUS          - 2 -

1    3. Did you have any of the following?

2        Arraignment:                          Yes ✓    No ____

3        Preliminary Hearing:                  Yes ✓    No ____

4        Motion to Suppress:                   Yes ____  No ✓

5    4. How did you plead?

6        Guilty ____    Not Guilty ✓    Nolo Contendere ____

7        Any other plea (specify) _____

8    5. If you went to trial, what kind of trial did you have?                N/A

9        Jury ____    Judge alone ____    Judge alone on a transcript ____

10   6. Did you testify at your trial?                        Yes ____  No ____

11   7. Did you have an attorney at the following proceedings:

12       (a)    Arraignment                    Yes ✓    No ____

13       (b)    Preliminary hearing            Yes ✓    No ____

14       (c)    Time of plea                   Yes ✓    No ____

15       (d)    Trial                          Yes ____  No ____

16       (e)    Sentencing                     Yes ____  No ____

17       (f)    Appeal                         Yes ____  No ____

18       (g)    Other post-conviction proceeding    Yes ____  No ✓

19   8. Did you appeal your conviction?                       Yes ____  No ✓

20       (a)    If you did, to what court(s) did you appeal?

21              Court of Appeal                 Yes ____  No ____

22              Year: _____    Result: _____

23              Supreme Court of California     Yes ____  No ____

24              Year: _____    Result: _____

25              Any other court                 Yes ____  No ____

26              Year: _____    Result: _____

27

28       (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

1    petition?                                    Yes ✓  No____

2    (c)    Was there an opinion?                 Yes _N/A_ No____

3    (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                 Yes ____ N/A No____

5    If you did, give the name of the court and the result:

6    _____

7    _____

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?        Yes ____    No ✓

10    [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11    challenged the same conviction you are challenging now and if that petition was denied or dismissed

12    with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13    for an order authorizing the district court to consider this petition. You may not file a second or

14    subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15    U.S.C. §§ 2244(b).]

16    (a)    If you sought relief in any proceeding other than an appeal, answer the following

17    questions for each proceeding. Attach extra paper if you need more space.

18    I.    Name of Court: _N/A_____

19          Type of Proceeding: _N/A_____

20          Grounds raised (Be brief but specific):

21          a._____

22          b._____

23          c._____

24          d._____

25          Result: _N/A_____ Date of Result:_____

26    II.   Name of Court: _____

27          Type of Proceeding: _____

28          Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

a. _N/A_____

b._____

c._____

d._____

Result: _____Date of Result:_____

III.    Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____Date of Result:_____

IV.    Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____Date of Result:_____

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____    No _✓___

Name and location of court: _____

## B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: UNITED STATES CONSTITUTION 14TH

6  AMENDMENT EQUAL PROTECTION OF LAWS

7  Supporting Facts: IN OCT 6/07 AN ARTICLE

8  WAS WRITTEN BY S.F WEEKLY HTTP:/

9  WWW.SF WEEKLY.COM/CONTENT/PRINT VERSION

10  /757219 - BY MATT SMITH (SHEET ATTACHED)

11  Claim Two: UNITED STATES CONSTITUTION

12  4TH AMENDMENT, UNITED STATE 14TH AMEND

13  Supporting Facts: WEST'S ANN. CAL PENAL Code 136.1(c)

14  People VS. YOUNG 24 CAL RPTR. 3d 112, 105 P.3d

15  487 (CAL 2005)

16

17  Claim Three: VIOLATION UNITED STATES CONST.

18  6TH AMENDMENT AND FOURTH AMENDMENT

19  Supporting Facts: FORCED TO WALK WITHOUT MY CANE

20  NO CONTACT WITH my ATTORNEY SEE ONCE

21  SINCE MY ARREST, MOTION HEARING July 10/08

22  GRIEVANCE FORMS ARE DENIED ROUTINELY

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  THE CASE 237/602 IS BEING DRAGGED

26  THROUGH COURTS AND my TREATMENT WHILE

27  INCARCERATED IS ILLEGAL AND PUNITIVE. NO

28  LAW LIBRARY PERIOD.

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1. I was illegally arrested for a 290
2. violation that the San Francisco police
3. dept. fabricated and held a Do Not
4. arrest in San Francisco status, the
5. last twenty years. But on 1-26-08
6. star #1334 arrested me and told me
7. if I did not sign a
8. cite he would send me to prison
9. This is after I was held 7 hours
10. chained to a gurney under the
11. promise the 290 was being investigated
12. further. The police officer illegally
13. stopped me under false
14. guise that I was riding on side walk with
15. my bike. Even thou I had my cane in my
16. right hand and after getting off my bike
17. it was clear I was disabled. When the
18. white officer asked me if I
19. was on parole or probation I was
20. going off the sidewalk at the cross
21. walk 100 feet from my front door.
22. The traffic on South Van Ness is brisk
23. and too fast to get in the street
24. And the traffic is coming towards
25. you. This is un safe.
26. I had my probation that was
27. illegal anyway modified to include
28. no knife! Even thou I was never

1  Advised By Taking the deal I would Be
2  Inelgisto for pubhi Houseing or Food Stamps
3              And A state writ I sent
4  Attacking this was set Aside.
5  (small claims)     Now I've Filed A Civil
6  Case And won, But the Cash Amount
7  was diminished from $7500.00   TO
8  $900.00 . I Recieved., then I was
9  Threatned with Haveing My Balls
10 Blown off. I obtained A Restraing
11            ordor . on Jun 4/08
12 Case Number CCH-08-567856   Against Two
13 of The Mission Hotel Gang, Thomas
14 Wormington, And Terrance Hickey Both
15 Caucassian males - Bi-Sexual / All
16 Crips Gang members Are Gay And/or
17            Bisexual.
18        After Fileing the Restraing
19 ordor Someone Tried to Break
20 into my Room, After I Had called
21 police to Report Both persons Had
22 Violated The Restraing Order. But
23            police From Mission police
24 station.. did NOT Arrest But Cited
25 The one MR. Hickey. When Any Violation
26 is Mandatory Arrest. Following this
27            incident on Market
28 And Eightth Street Again I was

2

1. THREATNED. By A African American male
2. I did not know, who with His Gun inside
3. His pocket stated in front of A witness
4. A Muni Supervisor Fisher, That He would
5. Blow my Head off, if
6. I said Anything. In my mead, it was
7. Clearly An Extension of The Games
8. Violence And, Web too dissuade me from
9. Trying To Bust up The on going Criminal
10. Enterprises. After This Incident.
11.                    In The Shower
12. on 5/30/08 BRYCE MC gHee and CRISTOPH
13. underwood Attacked HoAng Nguyen After
14. HAVEing, SAME SEX SEX, IN A Puslic BATH
15. Room : In THE disabled SHOWER. BOTH
16. Rushed out with BRYCE THE MAIN Attacker
17. And CRISTOPHe Guarding The Attack.
18.                    I called police. pointed
19. BoTH out.. But Because THe
20. Attacker's, were CAucassiAn, And
21. Black Italion And THE victim Korean
22. or Asian Decent. And THe witness
23.                    ME, An African American
24. Even THen I said I would Appear
25. in Court CHarges were dissmissed.
26.                    However I was
27. Placed under Surveilance by Gang
28. Members which I Reported To

3.

1. New manager Sam Meki - And leaving
2. the building the alleged Instant victim and
3. attacker of MR. Nguyen blocked the
4. button to the door's automatic opener
5. as I was leaving. The only African
6. American porter reached around him and
7. pushed button opening the
8. door for me so I would not have.
9. any conflict. However while I again
10. tried on another occassion 6/10/08
11. After giving A statement of the 5/3/08
12. incident And attack. On my way out
13. the building I again was impeded and
14. then threatned that if I
15. even looked at him he would cut me.
16. I witnessed Cristophers hand in his pocket
17. And saw a silver folding knife he was
18. getting ready to pull completely out his
19. pocket . 3 months prior he was
20. accompanied by a white
21. guy in Room 151, they hit on my ceiling
22. Cristophe raced up and down my
23. stairs by my Room. I requested he
24. not do they And his friend (Drug Dealer)
25. Caucassian Bisexual Guy. pointed a
26. pistol cross bow at me , arrow loaded.
27. So I did not take
28. any threat from him lightly. This was

4.

1. THE INCIDENT OF MY PRESENT ARREST
2. WHICH THE SAN FRANCISCO DISTRICT ATTORNEYS
3. OFFICE RAN WITH. THE ARTICLE WHICH THEY
4. ARE AWARE OF BY MATT SMITH OF S.F.
5. WEEKLY WAS TOTALLY IGNORED. THE RESTRAINING
6. ORDER IGNORED. AND THE FACT THAT
7.            THE ALLEGED VICTIM HAS
8. A FIRST DEGREE ROBBERY, AND A SECOND
9. DEGREE ALSO, TOTALLY IGNORED. AS WELL AS
10. THE FACT CRISTOPHER UNDERWOOD. AND
11. BRYCE McGHEE ATTACKED A DISABLED
12. PERSON, WITH ONE FOOT WHO WAS
13.            BOUND TO HIS WHEELCHAIR
14. COUNTS ALSO, IGNORED. IT IS CLEAR
15. A CRIMINAL CONSPIRACY WAS TAKEING
16. PLACE. BUT DUE TO MY RACE, BEING
17. AFRICAN AMERICAN. MY RIGHTS TO DUE
18. PROCESS AND EQUAL PROTECTION OF
19. LAWS VIOLATED AND IGNORED.
20.            I AM BEING HELD ON
21. $150.000.000 THOUSAND BAIL THE CHARGES
22. MULTIPLIED TO 3 COUNTS. THE VIOLATIONS
23. OF MY RESTRAINING ORDER BY OTHERS
24. WORKING WITH THOSE I NAMED IS
25. TOTALLY IGNORED AS IS PENAL CODE 136,
26. 137. AS RISK OF LOSING MY PLACE
27. ESCALATES I SIT IN JAIL BECAUSE I
28. RISKED MY LIFE TO ELEVATE THE

NORTENOS, And Crip Gangls Hold on
THE MISSION HOTEL, MY Home. IT supports
OF MISSION HOTEL And Tenderloin Housing
Requested Restrainy orders. HOWEVER
(unlawful DETAINER) SAN FRANCISCO District
ATTORNEY Ignores These facts. I
Alone came forward And STATED the
TRUTH, And called police And WAS
A WITNESS TOO A Violent Attack BY
(I've lost my place) THE SAME individual
who alleges NOW Hes A VICTim.
IT DOES NOT TAKE A ROCKET
SCIENTIST TO DECERN THE TRUE FACTS,
AS THEY ARE SPREAD OVER TIME, And
All Supported By INDEPENDENT WITNESS's
Each INCIDENT. Tenderloin Housing
CLERKS And UPPER MANAGEMENT ALL
MANAGERS WITH EXCEPTION OF SAM
MEKI ARE Gang MEMBERS OR ASSOCIATES
            ENGAGED IN A CRIMINAL
ENTERPRISE. SO Big THAT police
REPORT TO THEM AND ACT IN
THEIR BEHALF - PERHAPS EVEN Running
            SAN FRANCISCO District
ATTORNEY's Office. IN LIGHT OF
THE documented REPORTS independent
OF ME. And THE police RECORD OF
THE alleged ViCTim. All BEING IGNORED

6.

1  THE ARTICLE CLEARLY SHOWS THE EXISTENCE
2  OF CRIMINAL ENTERPRISES BY ~~NORTHERN~~
3  NORTEÑOS GANG, THREW TENDERLOIN HOUSING
4  17 EMPLOYEES REQUESTED RESTRAINING
5  ORDERS, CITING FEAR OF VIOLENCE (S.F. WEEKLY)
6  ACCUSATIONS OF EXTORTION, ASSAULTS, AND
7  THREATS OF VIOLENCE TOWARD THC, EMPLOYEES
8  AND TENANTS AND IS ONGOING STATED,
9  STAFF ATTORNEY RAQUEL FOX. IT IS VERY
10 (TENDERLOIN HOUSING) CLEAR THAT ONGOING GANG
11 ACTIVITY HAS CREATED AN ATMOSPHERE OF
12 VIOLENCE AND FEAR. ADDED TO THIS
13         I EMMETT OLIVER WAS
14 ASKED BY SAN FRANCISCO POLICE OFFICER
15 BALINGTON, TO WORK AS A CONFIDENTIAL
16 INFORMER OBTAINING PROOF OF THE
17 MANAGER'S DRUG INVOLVEMENT (MENDOZA)
18         HOWEVER. POLICE TIPPED
19 MENDOZA OFF. AND I EMMETT WAS
20 PLACED IN A VERY DANGEROUS POSITION
21 IT ALSO STATES EVEN THOU MENDOZA HAS
22 LEFT. DRUG DEALING HAS NOT SLOWED,
23         THREATS WERE MADE
24 AGAINST ME THAT I STATED IN
25 A PROBATION REVOCATION HEARING
26 WHERE I WAS FORCED TO RELINQUISH
27 MY KNIFE I CARRIED IN A SHEATH BY
28 MY SIDE AS A DETERENT TO ATTACKERS

7.

1. AS MY ONLY RELIEF IS THIS COURT
2. OR R&K TRIAL. WITHOUT PRIOR RELEASE,
3. SUPERVISED RELEASE.. DISCRIMINATES
4. AGAINST STRAIGHT AFRICAN AMERICANS
5. AND SO DOES THE DISTRICT ATTORNEYS
6. OFFICE. THROWING THE BOOK AT AFRICAN
7. AMERICANS. RELEASING CHINESE AND OTHERS AND
8.                   THE SHERIFFS OFFICE DOES
9. NOT REFLECT BY ITS SWORN STAFF THE
10. MAJOR RACE IT INCARCERATES. BUT
11. MOST OF THEIR DAILEY STAFF IS ASIAN
12. WHITE AND OTHERS. INCLUDING MEDICAL
13. STAFF. FAILURE TO ADVISE THAT
14. TAKEING PROBATION WOULD MAKE ME
15.                   UNELIGISTE FOR FOOD STAMPS
16. PUBLIC HOUSEING AND/OR OVER NIGHTS
17. AT ANY PUBLIC HOUSEING UNITS.
18.                   FURTHER MORE
19. 2 TO SEXUAL OFFENDER WAS ILLEGALLY
20. GIVEN ME PLACED ON POLICE COMPUTORS
21. PUT IN MY RECORD. WITH A SIDE
22. NOTE NOT TO ARREST IN S.F.
23.                   BUT USED TO DETAIN
24. ME 1/26/08 AND DENIED O.R.
25. AND JACK MY SAU THE SHERIFFS
26. OFFICE DOES DENY ME ANY MAN
27. LIBRARY EMPLOYE MOSTLY WHITE MEN
28. PATTERNS TO RESTRICT ISSUES

8.

1. THE San Francisco Sheriffs Dept Makes
2. We Wear filthy clothing not even half
3. Clean. Forces me to Mop And Clean,
4. Three I Am disabled to jump up And down
5. For Counts 3 Times daily to Shower
6. without a Seat Greatly Hurting my
7.     Injured Hip. (Forced Diet)
8. To Eat peanut butter And cookies
9. As A lunch or Bolona Every day.
10. To Wear Shower Shoes not providing
11. me footwear. one clothing Exchange
12. Every 7 days. I must Sleep in my
13. Clothes. I have not been issued
14.     Shoes And my feet
15. Hurt From The Shower Shoes. That Are
16. Wearing out. We live with open Bag
17. Garbage's No Disabled Shower.
18. with Sentenced And un-Sentenced Prisoners
19. Together. Prisoner's facing Life with
20. Prisoners with little Time. Toilets That Are
21. Out dated with 8 men in Tank it only
22.     Flushes once Every 15
23. minutes, Causing Strife For Any who must
24. Use it while locked in Tank with others,
25. Smelling up The Small Tank. or Useing The
26. Toilet And Having feces Sit in Toilet not
27. Able To Flush For 15 minutes.. As The
28. Smell fills The Tank.

2.

1. THE SAN FRANCISCO Sheriff's dept locks up African

2. American's IN Cooler TANKS To punish, without ANY

3. WARNING TO CEASE A ACTIVITY SUCH AS loud Talking.

4. Also GRIEVANCE FORMS ARE NOT given on REQUEST

5. (lATER IS THE ANSWER) AND/or IF given, NOT logged

6. IN. AND NEVER Responded Too. (NO APPEAL FOR RULE

7. VIOLATION CLAIMED) THE SAN FRANCISCO Police Dept.

8. is COVERTly Selling DRugs THREW DRug DEALERS

9. FORCING THEM TO WORK FOR CERTAIN OFFICERS

10. AND THOSE who Refuse ARE ARRESTED DRugs plACED

11. ON THEM OR CHARGED FALSELY WITH CRIMES. THE

12.                 TenderLoin HousING CLINIC AND

13. THE Police HAVE AN AGREEMENT OF Some Kind

14. THAT KEEPS Police INVESTIGATORS OUT THE HOTELS

15. ONly WHEN INVITED IN. THE CRIMINAL CONSPIRACY

16. IS VERY WIDE AND large AND going ON UNDETECT

17. ED, BY CITY ADMINISTRATORS, OR SO THEY ACT.

18.             THE SAN FRANCISCO Sheriffs Dept

19. VIOLATES THE CIVIL RIGHTS OF PETITIONEER.

20. NO PLACE TO HANG WET TOWELS, NOR TO PUT MEDICA

21. TION, OR CANTEEN. MILK CARTONS, ON FLOOR OPEN BAGS

22. OF GARBAGE IN ALLEGED MEDICAL UNIT.

23.             SAN FRANCISCO DISTRICT ATTORNEYS

24. OFFICE VIOLATES MY RIGHTS BY FAILURE TO

25. ADVISE OF loss OF ELIGIBILITY FOR public

26. HOUSING BY TAKING DEAL, Also IN ITS RACIST

27. UN-FAIR PROSECUTION OF AFRICAN-AMERICANS

28. AND dissmissall OF CASES AGAINST WHITES.

1. WITH SIMILAR CASES. THE PRE-RELEASE OF
2. WHITES IS AUTOMATIC. . WITH AFRICAN AMERICANS
3. IT DOESN'T HAPPEN. THE RACIST ATTITUDES
4. OF THE DISTRICT ATTORNEY'S OFFICE. IS
5. SHOWN BY ITS HIRING
6. OF A VERY FEW AFRICAN-AMERICAN ATTORNEYS
7. YET 90% OF THEIR CASES ARE AFRICAN-
8. AMERICANS. THIS FACT ALONE PROVES A
9. RACIST REGIME. ALL THE WAY DOWN TO
10. MEDICAL STAFF. SUPPORT SERVICES 99%
11. ARE WHITE AND OTHER'S BUT 99% OF
12. PRISONERS ARE AFRICAN AMERICANS.
13. THE SAN FRANCISCO SHERIFF'S
14. DEPT. ALSO PRACTICES THIS SAME RACIAL
15. INEQUITY IN THIER RANKS OF CJ 1 AND
16. TWO. IN THE PUBLIC DEFENDERS
17. OFFICE IS MIRRORED THE SAME RACIST
18. HIRING PRACTICES OF AN ALL WHITE
19. ATTORNEY FORCE. ONE LIGHT AFRICAN AMER-
20. ICAN. HOWEVER ITS VIOLATING
21. MY CIVIL RIGHTS BY NO CONFIDENTIAL TALKS
22. AT EACH COURT APPEARENCE. THIER IS
23. NO CONFIDENTIALITY AT ANY COURT
24. APPEARENCE. ATTORNEYS VISIT MAYBE
25. THREE TIMES IN LIFE OF CASE.(MAYBE)
26. PHONES ARE COLLECT ONLY TO CALL YOUR
27. ATTORNEY. (A CODE EXSIST BUT FEW ARE TOLD
28. WHAT IT IS TO CALL DIRECTLY)

1. THERE ARE SO MANY Violations. To BEST THE MAJORITY
2. HAS MADE THIS WRIT RAMBLE. I AM ON A WATER PILL THAT
3. CAUSES MY CUT OFF OF FEELING, TO WAIVER. AND BY
4. (TRANKSON Ending) EVENING, I SMELL LIKE A PISS POTT
5. I ASK FOR CLOTHES AND AM TOLD SOON. SOON NEVER
6. COMES, OR I MUST PARADE BACK AND FORTH TO
7. GATE. ON AN ALREADY EXTREMELY PAINFUL LEG. THAT
8.                     I MUST WALK ON WITHOUT MY CANE
9. ALL DAY. TO OBTAIN MY MEALS AND MEDS EVEN THO
10. I'VE REPORTED EXCRUCIATING PAIN. I'm GIVEN
11. TYLENOL. AND LAUGH AT. (CUT OFF, NOTHING FOR PAIN)
12.                   TAKEING A LOOK AT THE
13. BIG PICTURE HERE. IT IS A CRIME AGAINST ALL
14. AFRICAN AMERICANS THE WAY WE ARE TREATED BY
15. DISTRICT ATTORNEY'S OFFICE -- PUBLIC DEFENDERS
16. AND SHERIFF AND POLICE OFFICE'S. IT'S NO
17. WONDER AFRICAN AMERICAN YOUTH DO NOT.
18.           REPORT CRIMES NOR BECOME
19. WITNESS'S OF ANY CRIMES. IN MY CASE IT'S
20. PHOTO CLEAR THAT IS ORGANIZED CRIME
21. GANGS HAVE INFILTRATED TENDERLOIN HOUSEING
22. INC. THE MERE FACT 17 PEOPLE REQUESTED
23. RESTRAINING ORDER'S FROM ONE PERSON
24. SHOULD HAVE RAN FLAGS UP. BUT THE
25. CITY ATTORNEYS RACE I THINK PLAYS A
26. PART IN HIS COMMITTMENT TO JUSTICE
27. HOW HE CAN NOT HAVE FILED SOMETHING ON
28. SOMEONE INVOLVED IS INCREDIBLE.

                    18.

1. WELL IN THIS CITY OF TWISTED REALITYS I
2. GUESS IT'S PAR. THE D.A. AND PUBLIC DEFENDERS
3. OFFICE KEEP THEIR SELFS EMPLOYED BY NOT
4. PROTECTING RIGHTS OF AFRICAN
5. AMERICANS. ONLY TWO OR THREE AFRICAN
6. AMERICAN ATTORNEYS IN EITHER OFFICE YET
7. CLIENTS OF AFRICAN AMERICAN DESCENT ARE 99%
8. OF THEIR WORKLOAD. JUSTICE OR JUST US!
9.          THE SAN FRANCISCO POLICE AND
10. SHERIFF DEPTS. GIVE 290 SEX REGISTRATION TO
11. WHO THEY WANT MOSTLY AFRICAN AMERICANS WHO DO
12. NOT HAVE RESOURCES TO FIGHT THIS ILLEGAL AND
13. RACIST ACT. FURTHERMORE THE ABSENCE
14. OF ANY WAIVER'S, THAT AFRICAN AMERICAN
15.          YOUTH AND ALL HAVE
16. BEEN ADVISED, BY TAKING A DRUG DEAL, EVEN
17. WEED. THEY ARE NOW ENELIGIBLE FOR
18. STUDENT LOANS, AND/OR PUBLIC HOUSING
19. FORCEING AN ESCALATION OF CRIMES TO
20.          LIVE. IN DOORS.
21. AND A PANIC BEGINS OF WHAT TO DO.
22. CAN'T GET WORK, CANNOT GET PUBLIC HOUSING
23. NOR FOOD STAMPS. NOW MORE INCLINED.
24. TO RISK A PRISON TERM TO SURVIVE.
25.          THIS IS A RACIST PLOT
26. THAT NEEDS TO STOP NOW SIR. BY
27. YOUR ISSUANCE OF A ORDER TO SHOW
28. CAUSE IMMEDIATELY. AND IN MY

19.

1. INSTANT CASE. ORDERING A DISSMISSAL
2. WHEN I FIRST APPLIED FOR A RESTRAINING ORDER
3. I WAS DENIED. EVEN THOU 17 OTHERS
4. WHO WERE EMPLOYEE'S AND TENANTS OF
5. TENDERLOIN HOUSING WERE GRANTED RESTRAINING
6. ORDERS.
7.         YOUR HONOR   I AM
8. EMMETT OLIVER A WITNESS IN A VERY
9. BRUTAL ASSAULT ON ASIAN HOANG NGUYEN
10. BY CAUCASIAN BRYCE McGHEE AND THE
11. ALLEGED VICTIM IN MY INSTANT CASE CRISTOPH
12. UNDERWOOD AFRICAN/CAUCASSIAN WHERE
13.         MR. NGUYEN WHO HAS BUT
14. ONE FOOT, IS IN A WHEELCHAIR WAS
15. COWARDLY, AND SAVAGELY BEATEN. I WAS
16. AN EYE WITNESS OF THE TWO COWARDS
17. WHO WERE COMMITTING A HOMOSEXUAL
18. ACT IN A PUBLIC BATHROOM. CAME OUT
19. THE SHOWER NAKED. ADDING HUMILIATION
20.         TO THEIR BEATING THE MAN.
21. AFTER BEING ARRESTED THE CASE IS
22. DISMISSED TOTALLY I GAVE SWORN ACCOUNT
23. TO MISSION HOTEL MANAGER AND SHORTLY
24. AFTER LEAVING MANAGER'S OFFICE I
25. AM THREATNED AND END UP STILL LOCKED
26. UP NOW. YOUR HONOR. THIS IS NOT
27. JUSTICE. BUT JUST US. I AM HELD ON HIGH
28. BAIL, AND A BOGUS PROBATION HOLD OF ILLEGAL PROBATION)

15.

1. THERE FORE due TO THE VAST CIVIl RightS VidaTions
2. THE Violations of MY UNITED STATES COUNSTITUTION
3. 14 TH AMENDMENT RightS TO EQUAL PROTECTION of
4. THE LAW. Violation of MY UNITED STATES COUNSTITUTION
5. 6TH AMENDMENT. And MY UNITED STATES COUNSTITU-
6. TION, 4 TH AMENDMENT BY BOTH And ALL
7. NAMTED. SAN FRANCISCO POLICE DEPT
8. And it'S OFFICERS All. THE SAN FRANCISCO
9.           SHERIFF'S DEPT And ITS
10. DEPUTYS All. THE PUBLIC DEFENDER'S
11. OFFICE And THE DISTRICT ATTORNEYS
12. OFFICE.
13.         THIS is WHY I NEED
14. THIS HONORABLE Judge TO REVIEW
15. And ISSUE AN ORDER TO SHOW
16. CAUSE. IN THE NAME Of MY
17. Lord And SAVIOUR JESUS CHRIST 'I
18. HumBly PRAY THAT YOU SEE OUR
19.            AMERICA NEEDS THIS
20. JUSTICE ... NOT JUST US.
21.
22.            RespecTfully.
23. EmmETT MARCEL Oliver
24. EmmETT Oliver
25.
26.
27.
28.

16

1     List, by name and citation only, any cases that you think are close factually to yours so that they

2 are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3 of these cases:

4      PEN Code 136.1 Subd (c)

5

6

7 Do you have an attorney for this petition?           Yes____   No ✓

8 If you do, give the name and address of your attorney:

9

10     WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11 this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13 Executed on _July 17-08_                            

14        Date                           Signature of Petitioner

20 (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS    - 7 -

DEAR CLERK
    OF NORTHERN DISTRICT

        Hello. MY NAME
IS Emmett M. Oliver   # 237/602
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 . . . I AM Sending A HABEAS
WRIT. THAT I NEED Filed PLEASE.
        TO ENSURE ITS filed
I offer INFORMATION ON SALES
    OF HAND GRANADES THAT WERE
            offered TO ME FOR
SALE AT $12.00 EACH.
        I AM VERY SERIOUS
INFO Also ON AUTOMATIC WEAPONS.
        I BELIEVE FROM
ARIAN BROTHERHOOD, PERSON offering
IS IN PRISON DATA BASE WITH
MANY WEAPONS CHARGES

            Emmett Oliver.
    1 ~ M - B
        6TH FLOOR
        850 BRYANT
    THIS WRIT MUST BE Legally
FILED OR NO DEAL