FILED
08 JUL 25 PM 12: 04
RICHARD W. WIEKING
U.S. DISTRICT COURT

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

Emmett M. Oliver
            Plaintiff,

CV 08 3567
CASE NO. _____

vs.

S.F. Police Dept
S.F. Sheriffs Dept Office
S.F. District Attorney's Office
            Defendant.
et al

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Emmett M. Oliver, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?                Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____ Social Security Disabled

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.   Business, Profession or self employment     Yes ___ No ✓

    b.   Income from stocks, bonds, or royalties?     Yes ___ No ✓

    c.   Rent payments?     Yes ___ No ✓

    d.   Pensions, annuities, or life insurance payments?     Yes ___ No ✓

    e.   Federal or State welfare payments, Social Security or other government source?     Yes ✓ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

Social Security $900 Month

_____

3. Are you married?     Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a.   List amount you contribute to your spouse's support:$ _____

    b.   List the persons other than your spouse who are dependent upon you for support

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   N/A
4   _____
5   5.   Do you own or are you buying a home?   Yes ___ No ✓
6   Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.   Do you own an automobile?   Yes ___ No ✓
8   Make _____ Year _____ Model _____
9   Is it financed? Yes ___ No ___ If so, Total due: $_____
10  Monthly Payment: $_____
11  7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
12  Name(s) and address(es) of bank: BANK OF AMERICA
13  MARKET AND VAN NESS
14  Present balance(s): $ 900.00
15  Do you own any cash? Yes ___ No ✓ Amount: $_____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.) Yes ___ No ✓
18  _____
19  8.   What are your monthly expenses?
20  Rent: $ 500.00           Utilities: _____
21  Food: $ 400.00           Clothing: $ 75.00
22  Charge Accounts:
23  Name of Account         Monthly Payment         Total Owed on This Acct.
24  N/A                     $_____             $_____
25                          $_____             $_____
26                          $_____             $_____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/16/08
DATE

SIGNATURE OF APPLICANT

Clerk of the
United States District Court
for the Northern District
of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA
94102

Legal Mail

RECEIVED
JUL 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA