```
                                    FILED
                                    AUG  1 2008
                                    RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_Emmett M Oliver_
Plaintiff,

CASE NO. CV 08 3567

vs.

S.F. Police Dept.
S.F. Sheriff's Dept.
S.F. District Attorney's Office
S.F. Public Defender's Office
Captain Perrigno, K
Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _Emmett M Oliver_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ Connustean Limosine _____
5  _____ Disabled for last 5 years _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ___ No ___
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ___
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ___
14     d.   Pensions, annuities, or              Yes ___ No ___
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes _✓_ No ___
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____ Social Security  $900.00 _____
22 _____
23 3.  Are you married?                          Yes ___ No _✓_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.  a.   List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)
14 Name(s) and address(es) of bank: BANK OF AMERICA
15 MARKET ST.
16 Present balance(s): $ 8900.00
17 Do you own any cash? Yes ____ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✓
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ 484.00     Utilities: 800
23 Food: $ $250 MONTH     Clothing: $100 MONTH
24 Charge Accounts:
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26 $00.00     $ _____     $ _____
27 $00.00     $ _____     $ _____
28 $00.00     $ _____     $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_STUDENT LOAN_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/29/08

DATE                SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _EMMETT M OLIVER_ for the last six months at

[prisoner name]

_C J-1_      _B_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _51.28_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _24.98_.

Dated: _7-17-08_      _Lt X #7091 7/16/08_

[Authorized officer of the institution]

**Account Activity Ledger**

Date: 07/17/2008
Time: 13:36

From: 06/10/2008    To: 07/17/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 2371602 | **Name** OLIVER, EMMETT | | | **Block** 9MP | | | **Previous Balance** | | 0.00 |
| Initial Entry | 06/10/2008 | 13:52 | B#294404 | 851778 | D | | 14.10 | | 14.10 |
| Sales Transaction | 06/18/2008 | 04:36 | I#314459 | | I | 6.48 | | | 7.62 |
| Sales Transaction | 06/25/2008 | 04:09 | I#315379 | | I | 2.55 | | | 5.07 |
| Sales Transaction | 06/26/2008 | 02:34 | I#315857 | | I | -2.55 | | | 7.62 |
| Sales Transaction | 07/02/2008 | 04:13 | I#316447 | | I | 5.21 | | | 2.41 |
| Sales Transaction | 07/09/2008 | 04:24 | I#317493 | | I | 1.54 | | | 0.87 |
| W | 07/10/2008 | 12:41 | B#300642 | 865234 | D | | | 50.00 | 50.87 |
| Sales Transaction | 07/16/2008 | 04:09 | I#318574 | | I | 35.44 | | | 15.43 |

| | | | |
|---|---|---|---|
| **Deposits** | 2 | For $ | 64.10 |
| **Withdraws** | 0 | For $ | 0.00 |
| **Invoices** | 6 | For $ | 48.67 |

Emmett M Oliver 2371602
J2. C-2
850 BRYANT ST.
San Francisco, CA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

SAN FRANCISCO CA 94
30 JUL 2008 PM 9 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES