**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMETT M. OLIVER,

        Petitioner,

        v.

SAN FRANCISCO SHERIFF'S
DEPARTMENT; et al.,

        Respondents.

                                    /

No. C 08-3567 SI (pr)

**JUDGMENT**

     This action is dismissed without prejudice to petitioner filing a new habeas petition, but not unless he is convicted and has first exhausted state court remedies.

     IT IS SO ORDERED AND ADJUDGED.

DATED: October 28, 2008

_____
SUSAN ILLSTON
United States District Judge